NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5094

FRANK E. FISHER,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 00-CV-740,
Senior Judge Eric G. Bruggink.

ON MOTION

<u>O R D E R</u>

Frank E. Fisher moves for a 30-day extension of time, until October 28, 2009, to file his brief. Fisher states that the United States consents.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

_____
Date

cc:   Edward A. Zimmerman, Esq.
       Douglas K. Mickle, Esq.
s17



